# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 6:22-CR-00128-JDK |
| JULIO REYES CAMPOS, JR. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Julio Reyes Campos, Jr. be sentenced to eight months imprisonment, to include 180 days of unserved residential confinement, with no supervised release to follow. The Court recommends to the Bureau of Prisons that the place of confinement be FMC Fort Worth, Texas, if available.

So **ORDERED** and **SIGNED** this **12th** day of **July, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE